UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DEVI KHODAY and DANISE TOWNSEND, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SYMANTEC CORP., and DIGITAL RIVER, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No.  11-CV-00180 (JRT-TNL)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING** |

　　　　Devi Khoday and Danise Townsend ("Plaintiffs"), Plaintiffs in the above-captioned class action (the "Action") hereby move the Court for an order (1) preliminarily approving the settlement of the case; (2) directing the dissemination of notice to the Class; and (3) scheduling a hearing to consider final approval of the settlement ("Final Approval Hearing") and a motion for an award of attorneys' fees and reimbursement of expenses.

　　　　The parties have entered into a proposed settlement of the above-entitled class action litigation.  The terms of the Settlement are set forth in the Stipulation and Agreement of Settlement, a copy of which will be filed with the Court with other pleadings in support of this Motion.

495689.1

DATED this 18th day of August, 2015

By: /s/ Karen H. Riebel
Karen Hanson Riebel
Kate M. Kauf-Baxter
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: 612-596-4097
Facsimile: 612-339-098 1
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

Andrew N. Friedman
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com

Jean Wentz
THE WENTZ LAW FIRM
2955 East Hillcrest Drive
Suite 123
Thousand Oaks, CA 91362
Telephone: (805) 374-0060
Facsimile: (888) 855-8124
Jean.wentz@gmail.com

Lee S. Shalov
McLaughlin & Stern, LLP
260 Madison Ave 19th Fl
New York, NY 10016
Telephone: (646) 278-4298
Facsimile: (212) 448-0066
lshalov@mclaughlinstern.com
*Counsel for Plaintiffs Devi Khoday and Danise Townsend*