# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DEVI KHODAY and DANISE TOWNSEND, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SYMANTEC CORP., and DIGITAL RIVER, INC.,<br><br>　　　　　　　Defendants. | Civil Action No.  11-CV-00180 (JRT-TNL)<br><br>CLASS ACTION<br><br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

Devi Khoday and Danise Townsend ("Plaintiffs"), Plaintiffs in the above-captioned class action (the "Action") hereby move to have the Court enter the proposed order submitted herewith requesting final approval of the Settlement Agreement.

The parties have entered into a proposed settlement of the above-entitled class action litigation.  The terms of the Settlement are set forth in the Stipulation and Agreement of Settlement, a copy of which will be filed with the Court with other pleadings in support of this Motion.

DATED this 7th day of December, 2015

　　　　　　　　　　　　　　　By:  /s/  Karen H. Riebel
　　　　　　　　　　　　　　　　　Karen Hanson Riebel
　　　　　　　　　　　　　　　　　Kate M. Baxter-Kauf
　　　　　　　　　　　　　　　　　LOCKRIDGE GRINDAL NAUEN PLLP
　　　　　　　　　　　　　　　　　100 Washington Avenue South
　　　　　　　　　　　　　　　　　Suite 2200
　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　Telephone: 612-596-4097

498852.1

Facsimile: 612-339-098 1
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

Andrew N. Friedman
Douglas J. McNamara
Sally M. Handmaker
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com
shandmaker@cohenmilstein.com

Jean Wentz
THE WENTZ LAW FIRM
2955 East Hillcrest Drive
Suite 123
Thousand Oaks, CA 91362
Telephone: (805) 374-0060
Facsimile: (888) 855-8124
jean.wentz@gmail.com

Lee S. Shalov
MCLAUGHLIN & STERN, LLP
260 Madison Ave 19th Floor
New York, NY 10016
Telephone: (646) 278-4298
Facsimile: (212) 448-0066
lshalov@mclaughlinstern.com

*Counsel for Plaintiffs Devi Khoday and Danise Townsend*