UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| DEVI KHODAY and DANISE TOWNSEND, *individually and on behalf of the class they represent*, | Civil No. 11-180 (JRT/TNL) |
| Plaintiffs, | **ORDER OF REFERENCE** |
| v. | |
| SYMANTEC CORP. and DIGITAL RIVER, INC., | |
| Defendants. | |

_____

Douglas J. McNamara, Mary Bortscheller, Sally Handmaker, Theodore Leopold, and Andrew N. Friedman, **COHEN, MILSTEIN, SELLERS & TOLL PLLC**, 1100 New York Avenue Northwest, West Tower Suite 500, Washington, DC  20005; Kate M. Baxter-Kauf, Karen Hanson Riebel, **LOCKRIDGE GRINDAL NAUEN PLLP**, 100 Washington Avenue South, Suite 2200, Minneapolis, MN  55401, Jean Wentz, **THE WENTZ LAW FIRM,** 225 South Grand Avenue, Los Angeles, CA 90012, Lee S. Shalov, **MCLAUGHLIN & STERN, LLP,** 260 Madison Avenue, 19th Floor, New York, NY 10016 for plaintiffs.

Allison Davidson, Patrick E. Gibbs, **LATHAM & WATKINS, LLP**, 140 Scott Drive, Menlo Park, CA  94025; Sara Daggett, Steve W. Gaskins, **GASKINS, BENNETT, BIRRELL, SCHUPP, LLP**, 333 South Seventh Street, Suite 2900, Minneapolis, MN  55402, for defendant Symantec Corp.

Charles Smith, Amy Van Gelder, Jessica Frogge, and Marcella L. Lape, **SKADDEN, ARPS, SLATE, MEAGHER & FLOM**, 155 North Wacker Drive, Chicago, IL  60606, Jennifer M. Robbins, Denise Rahne, Christopher Madel, **ROBINS KAPLAN LLP,** 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015, for defendant Digital River, Inc.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B),

**IT IS HEREBY ORDERED** that the Motion for Final Approval of Settlement [Docket No. 403] and the Motion for Attorney Fees [Docket No. 407] are referred to the Honorable Tony N. Leung, United States Magistrate Judge, who will submit to the

undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing:

The hearing on the motions will be held before Magistrate Judge Tony N. Leung on Tuesday, January 19, 2016 at 11:00 AM in Courtroom 15E (MPLS).

DATED: January 14, 2016
at Minneapolis, Minnesota.

                                              s/ John R. Tunheim
                                              JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court