## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| DEVI KHODAY and DANISE TOWNSEND, *individually and on behalf of the class they represent*,<br><br>    Plaintiffs,<br><br>v.<br><br>SYMANTEC CORP. and DIGITAL RIVER, INC.,<br><br>    Defendants. | Civil No. 11-cv-0180 (JRT/TNL)<br><br>**ORDER** |

   Andrew N. Friedman, Douglas J. McNamara, and Sally M. Handmaker, **COHEN, MILSTEIN, SELLERS & TOLL PLLC**, 1100 New York Avenue Northwest, West Tower Suite 500, Washington, DC 20005; Kate M. Baxter-Kauf and Karen H. Riebel, **LOCKRIDGE GRINDAL NAUEN PLLP**, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401; Jean Wentz, **THE WENTZ LAW FIRM**, 225 South Grand Avenue, Los Angeles, CA 90012; and Lee S. Shalov, **MCLAUGHLIN & STERN, LLP**, 260 Madison Avenue, 19th Floor, New York, NY 10016, for plaintiffs.

   Allison S. Davidson and Patrick E. Gibbs, **LATHAM AND WATKINS, LLP**, 140 Scott Drive, Menlo Park, CA 94025; and Steve W. Gaskins and Sara H. Daggett, **GASKINS, BENNETT, BIRRELL, SCHUPP, LLP**, 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, for defendant Defendant Symantec Corp.

   Charles Smith, Amy Van Gelder, Jessica Frogge, and Marcella L. Lape, **SKADDEN, ARPS, SLATE, MEAGHER & FLOM**, 155 North Wacker Drive, Chicago, IL 60606; and Jennifer M. Robbins, Denise S. Rahne, and Christopher W. Madel, **ROBINS KAPLAN LLP**, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for Defendant Digital River, Inc.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 4, 2016 (Docket No. 432), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Final Approval of Settlement, (Docket No. 403), is **GRANTED**.

2. Plaintiffs' Motion for An Award of Attorney's Fees, Reimbursement of Expenses, and Service Awards, (Docket No. 407), is **GRANTED** as follows:

    a. Attorney's fees in the amount of 33 1/3 of the settlement fund;

    b. Reimbursement of costs and expenses in the amount of $738,605.19; and

    c. Service awards to the named plaintiffs in the amount of $10,000 each.

3. All objections, (Docket Nos. 401, 402, 415, 416, 431), are **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 21, 2016
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court