# UNITED STATES DISTRICT COURT
## District of Minnesota

Devi Khoday and Danise Townsend,
Individually and on behalf of the class they represent,

                Plaintiff,

v.

Symantec Corp., and Digital River, Inc.

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 11-cv-180 JRT/TNL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Final Approval of Settlement, (Docket No. 403), is **GRANTED**.

2. Plaintiffs' Motion for An Award of Attorney's Fees, Reimbursement of Expenses, and Service Awards, (Docket No. 407), is **GRANTED** as follows:

  a. Attorney's fees in the amount of 33 1/3 of the settlement fund;
  b. Reimbursement of costs and expenses in the amount of $738,605.19; and
  c. Service awards to the named plaintiffs in the amount of $10,000 each.

3. All objections, (Docket Nos. 401, 402, 415, 416, 431), are **DENIED**.

Date: 4/22/2016

RICHARD D. SLETTEN, CLERK

s/M. Price

(By)                       M. Price, Deputy Clerk